UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELE MONSON ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO.:12- |
| ) | |
| CYNTHIA POULOS, M.D., ) | |
| CLASSIQUE MEDICAL COMPANY, LLC ) | |
| and ) | |
| MILFORD REGIONAL MEDICAL CENTER ) | |
|     Defendants ) | |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**PARTIES**

1. The Plaintiff, Michele Monson, resides at 145 Villa Avenue, Cranston, Providence County, Rhode Island.

2. Defendant Cynthia Poulos, M.D. is a physician duly licensed to practice medicine in the Commonwealth of Massachusetts.  At all times relevant hereto, said Defendant practiced surgery with a place of business at 17 South Street, Northboro, Worcester County, Massachusetts.

3. Defendant Classique Medical Company, LLC is a medical facility located at 17 South Street, Northboro, Worcester County, Massachusetts.  Cynthia Poulos was an employee, agent, or representative of Classique Medical Company, LLC at all times relevant to this complaint and Classique Medical Company, LLC has vicarious liability for the care and treatment provided by Dr. Poulos.

4. Defendant Milford Regional Medical Center is a medical facility located at 14 Prospect Street, Milford, Worcester County, Massachusetts.  Cynthia Poulos was an employee, agent, or representative of Milford Regional Medical Center at all times relevant to this

complaint and Milford Regional Medical Center has vicarious liability for the care and treatment provided by Dr. Poulos.

5. The United States District Court has jurisdiction in this matter because of diversity of parties (28 USC §1332).

6. The amount in controversy exceeds the amount necessary to satisfy the jurisdictional requirements of this Court.

## OVERVIEW OF THE CASE

Dr. Poulos performed a surgical procedure on Ms. Monson and negligently left a surgical dressing inside of Ms. Monson causing medical problems and the need for further surgery.

## COUNT I
### NEGLIGENCE
**Michele Monson v. Cynthia Poulos, M.D.**

7. Paragraphs 1 through 6 are incorporated by reference as if set forth fully herein.

8. It was the duty of Defendant, Cynthia Poulos, M.D. to exercise that degree of care, diligence, and skill as is exercised by an average physician holding herself out in the field at the time in question.

9. Nevertheless, Defendant Cynthia Poulos, M.D. breached her duty and failed to exercise said degree of care, diligence and skill by negligently performing surgery on his patient and otherwise, recommending treatment for, supervising the care of, and by otherwise failing to render proper, adequate and necessary medical care and treatment of Plaintiff Michele Monson.

10. As a direct and proximate result of the Defendant's negligence as aforesaid, Plaintiff Michele Monson suffered severe and permanent injuries, endured and will in the future

endure, great pain and suffering and mental anguish, has incurred and will in the future incur medical and other extraordinary expenses for her care and treatment, has and will in the future suffer a loss of earnings and earning capacity, and said Plaintiff was and otherwise is greatly injured.

WHEREFORE, Plaintiff Michele Monson, Individually, demands judgment against the Defendant Cynthia Poulos, M.D. in such an amount as a jury may deem proper, plus interest and costs.

## COUNT II
## VICARIOUS LIABILITY
### Michele Monson v. Classique Medical Company, LLC

11. Paragraphs 1 through 10 are incorporated by reference as if set forth fully herein.

12. This is an action by the Plaintiff, Michele Monson, against the Defendant, Classique Medical Company, LLC for the negligence of its agents, servants, employees or persons for whose conduct it was responsible, for the damages suffered by Ms. Monson, including pain and suffering and emotional distress, loss of earning capacity and lost wages, past and future sustained by the Plaintiff as a result of the injuries caused by the negligence of the defendants.

WHEREFORE, Plaintiff Michele Monson, Individually, demands judgment against the Defendant Classique Medical Company, LLC. in such an amount as a jury may deem proper, plus interest and costs.

## COUNT III
## VICARIOUS LIABILITY
### Michele Monson v. Milford Regional Medical Center

13. Paragraphs 1 through 12 are incorporated by reference as if set forth fully herein.

14. This is an action by the Plaintiff, Michele Monson, against the Defendant, Milford Regional Medical Center, for the negligence of its agents, servants, employees or persons for whose conduct it was responsible, for the damages suffered by Ms. Monson, including pain and suffering and emotional distress, loss of earning capacity and lost wages, past and future sustained by the Plaintiff as a result of the injuries caused by the negligence of the defendants.

WHEREFORE, Plaintiff Michele Monson, Individually, demands judgment against the Defendant Milford Regional Medical Center in such an amount as a jury may deem proper, plus interest and cost

## JURY DEMAND

The plaintiff demands a trial by jury.

The Plaintiff,
By her Attorneys,


_____/s/ Zachary B. Lang, Esq._____
Barry D. Lang, M.D., J.D., BBO # 565438
Zachary B. Lang, J.D., BBO # 652055
John D. Blaisdell, J.D., BBO # 652423
Barry D. Lang, M.D. & Associates
199 Wells Avenue, Suite 106
Newton, MA  02459
Tel: (617) 720-0176
Fax: (617) 720-1184
zblang@lawdoctors.com



Dated: July 31, 2012