UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:12-CV-40092

| | |
|---|---|
| MICHELE MONSON,<br>    Plaintiff<br><br>VS.<br><br>CYNTHIA POULOS, M.D.,<br>CLASSIQUE MEDICAL COMPANY, LLC<br>and MILFORD REGIONAL MEDICAL<br>CENTER,<br>    Defendants | )<br>)<br>)<br>)<br>)   STIPULATION OF DISMISSAL<br>)   WITHOUT PREJUDICE<br>)<br>)<br>)<br>) |

Now come the parties and pursuant to Massachusetts Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that the within action be dismissed against Classique Medical Company, LLC <u>only</u>, without prejudice, without costs or interest to any party, and waiving any rights of appeal.

Respectfully submitted,

The Plaintiff,
MICHELE MONSON
By her attorney,

/s/ Zachary B. Lang
Zachary B. Lang, B.B.O. No. 652055
John D. Blaisdell, B.B.O. No. 652423
Barry D. Lang, M.D. & Associates
199 Wells Avenue, Suite 106
Newton, MA 02459
Tel: (617) 720-0176
zblang@lawdoctors.com
john@lawdoctors.com

The Defendants
CYNTHIA POULOS, M.D.
By her attorneys,

/s/ Paul R. Keane
Paul R. Keane, B.B.O. No. 262880
Brent W. Gilbert, B.B.O. No. 678378
Attorneys for Defendant,
Cynthia Poulos, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts 02114
Tel: (617) 227-3240
pkeane@mmmk.com
bgilbert@mmmk.com

The Defendant,
MILFORD REGIONAL MEDICAL CENTER
By its attorney,

/ Jason M. Morales
Edward T. Hinchey, B.B.O. No. 235090
Jason Morales, B.B.O. No. 653992
SLOANE & WALSH
Three Center Plaza
Boston, MA 02108
Tel: (617) 523-6010
ehinchey@sloanewalsh.com
jmorales@sloanewalsh.com

## CERTIFICATE OF SERVICE

I, Paul R. Keane, Esq. certify that the **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as not registered participants.

/s/ Paul R. Keane

Dated: May 22, 2013