UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELE MONSON<br>　　Plaintiff,<br><br>v.<br><br>CYNTHIA POULOS, M.D., and<br>MILFORD REGIONAL MEDICAL<br>CENTER<br>　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 2012-40092<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL AS TO DEFENDANT, MILFORD REGIONAL MEDICAL CENTER, ONLY

The undersigned, being all of the parties to this matter, hereby stipulate that the plaintiff's Complaint is hereby dismissed against Milford Regional Medical Center only, with prejudice and without costs and waiving all rights to appeal pursuant to Fed. R.Civ. P. 41 (a)(1)(ii).

| | |
|---|---|
| Defendant,<br>Milford Regional Medical Center,<br>By its attorneys,<br><br>　　/s/ Jason M. Morales<br>Edward T. Hinchey, BBO #235090<br>Jason M. Morales, BBO#653992<br>Sloane and Walsh, LLP<br>Three Center Plaza, 8th Floor<br>Boston, Massachusetts 02108<br>(617) 523-6010<br>ehinchey@sloanewalsh.com<br>jmorales@sloanewalsh.com | Defendant,<br>Cynthia Poulos, M.D.<br>By her attorneys,<br><br>　　/s/ Brent W. Gilbert<br>Paul R. Keane, BBO #262880<br>Brent W. Gilbert, BBO #678378<br>Martin, Magnuson, McCarthy & Kenney<br>101 Merrimac Street<br>Boston, MA 02114<br>(617) 227-3240<br>pkeane@mmmk.com<br>bgilbert@mmmk.com |

807516.1

Plaintiff,
Michele Monson,
By her attorneys,


/s/ John D. Blaisdell
Zachary B. Lang, BBO # 652055
John D. Blaisdell, BBO #652423
Barry D. Lang & Associates
199 Wells Avenue, Suite 106
Newton, MA 02459
(617) 720-0176
zblang@lawdoctors.com
john@lawdoctors.com


## CERTIFICATE OF SERVICE

I, Jason M. Morales, Esq., do hereby certify that on this 16th day of September, 2013, I made service of the foregoing by causing a copy thereof to be emailed and mailed to the following counsel of record:

Zachary B. Lang, J.D.
John D. Blaisdell, J.D.
Barry D. Lang, M.D. & Associates
199 Wells Avenue, Suite 106
Newton, MA 02459

Brent Gilbert, Esq.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, MA 02114


/s/ Jason M. Morales
Jason M. Morales

807516.1