UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **MICHELE MONSON**, | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 4:12-CV-40092 |
| **CYNTHIA POULOS, M.D.**, | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, pursuant to Fed. R. Civ. P. 41(a)(1), in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice, without costs, and with waiver of all rights of appeal.

Respectfully submitted,

September 8, 2014

*/s/ Zach B. Lang*
Zachary B. Lang, BBO # 652055
John D. Blaisdell, BBO # 652423
Attorney for the Plaintiff,
Michele Monson
199 Wells Avenue, Suite 106
Newton, MA 02459
ZBLang@LawDoctors.com

*/s/ Paul R. Keane*
Paul R. Keane, BBO # 262880
Colin E. Howard, BBO # 681960
Attorney for Defendant,
Cynthia Poulos, M.D.
Martin, Magnuson, McCarthy & Kenney
101 Merrimac Street
Boston, Massachusetts  02114
Tel: (617) 227-3240
PKeane@MMMK.com
CHoward@MMMK.com

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2014, I electronically filed the foregoing document with the United States Court for the District of Massachusetts by using the CM/ECF system. I certify that the parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

/s/ Colin E. Howard
Colin E. Howard, BBO # 681960